## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| McGUIRE WOODS, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:10-cv-00269-FG3 |
| | ) | |
| JAMES JANDRAIN and MIDWEST RENEWABLE ENERGY , | ) ) | SCHEDULING ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on McGuire Woods' motion for an order compelling compliance with third-party subpoenas served on James Jandrain and Midwest Renewable Energy (MRE) in conjunction with *Rajala v. McGuire Woods, LLP,* Case No. 08-2638-CM-DJW, pending in the District of Kansas.

On July 26, 2010, plaintiff's counsel advised the court that the parties may be able to resolve the conflict without court intervention.  It does not appear that the Motion to Compel has yet been served on James Jandrain or MRE, although it was served on opposing counsel in the Kansas litigation.

**IT IS ORDERED** that plaintiff is given until **September 1, 2010** to serve its Motion to Compel on James Jandrain and Midwest Renewable Energy or, in the alternative, to advise the court whether the Motion to Compel may be withdrawn.  If no action is taken by that time, the court will enter a briefing schedule.

**DATED July 29, 2010.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge