IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MCGUIRE WOODS, LLP, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 8:10CV269 |
| JAMES JANDRAIN, and MIDWEST RENEWABLE ENERGY, | ) ) ) | ORDER |
| Defendants. | ) ) | |

Moving counsel advises that the parties reached a final agreement regarding the production of the documents at issue in this proceeding. Accordingly,

IT IS ORDERED:

1. The motion (#7) of McGuire Woods, LLP to withdraw its motion to compel production of documents is granted.

2. McGuire Woods' Motion to Compel (#1) is deemed withdrawn.

3. The Clerk shall close this case for statistical purposes.

DATED August 13, 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge